1004

THE STATE OF WASHINGTON, *Respondent*, v. TED J. GRIMES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-03246-1, Sean Patrick O'Donnell, J., entered May 14, 2014. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, C.J., and Becker, J.

*In the Matter of the Detention of* A.C.P.

Appeal from a judgment of the Superior Court for King County, No. 14-6-01235-1, John R. Ruhl, J., entered May 27, 2014. *Dismissed* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Verellen, J.

THE STATE OF WASHINGTON, *Respondent*, v. MOWLID Y. MOHAMED, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-02024-1, Chad Allred, J., entered July 1, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, A.C.J., and Lau, J.

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE ROMEO ZAMORA-SARMIENTO, *Appellant*.

